IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SAUL NAJERA, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. H-06-1003 § M/V CLIPPER LIS, *her equipment and appurtenances, etc.*, § § § § Defendant. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on May 2, 2008, the objections of Lloyd's Register North America, Inc., and the response of Colas Rose Ltd. This court has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).

Based on this review, this court adopts the Memorandum and Recommendation of the Magistrate Judge as the court's Memorandum and Order. Accordingly, third-party defendant Lloyd's Register North America, Inc. motion for summary judgment, Docket Entry No. 129, is denied.

A status conference is set for **July 15, 2008, at 8:30 a.m.**

SIGNED on June 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge