IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SAUL NAJERA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-06-1003 |
| § | |
| M/V CLIPPER LIS, *her equipment and* § | |
| *appurtenances, etc.,* § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

The parties in this case settled all the issues except the enforceability of a provision in an agreed order directing that part of the funds deposited into the court's registry be used for a Medicare Set Aside account for the injured plaintiff, Saul Najera. On March 10, 2009, this court entered an order granting the defendants' motion to enforce the settlement agreement and ordering the plaintiffs to fund the Medicare Set Aside account in the amount of $176,452, as agreed to in the Amended Agreed Order and in the Release and Indemnity Agreement. (Docket Entry No. 205). On July 16, 2009, the parties submitted an agreed proposed order notifying the court that the Medicare Set Aside account had been established and requesting disbursement of the funds in the court's registry. (Docket Entry No. 213). This court signed the agreed proposed order on July 17, 2009. (Docket Entry No. 214). Having resolved all the issues in this case, all claims are dismissed with prejudice.

This is a final judgment.

SIGNED on July 21, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge